UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE,<br><br>           Plaintiff,<br><br>      v.<br><br>BARACK OBAMA, et al.,<br><br>           Defendants. | No. 1:16-cv-01083 LJO DLB PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G) |

Plaintiff Seavon Pierce ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action on February 24, 2016.  The action was transferred to this Court on July 27, 2016.  Plaintiff also filed an application to proceed in forma pauperis.

Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]

---

[1] The Court takes judicial notice of the following cases:  *Pierce v. Gonzales, et al.*, 1:10-cv-00285-JLT (dismissed on December 3, 2012, for failure to state a claim); *Pierce v. Lancaster State Prison*, 2:13-cv-08126 (dismissed on December 3, 2013, as frivolous, malicious, and for failure to state a claim); and *Pierce v. Warden of Lancaster*, 2:13-cv-01939-UA-CW (dismissed on March 28, 2013, as frivolous, malicious, and for failure to state a claim).

1

The Court has reviewed Plaintiff's complaint and finds that he does not meet the imminent danger exception. *See Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007). Plaintiff names President Barack Obama as the Defendant in the caption, and he references an action for the denial of medical treatment. While Plaintiff states that he has injuries that present an imminent danger to his health, it appears that those injuries arise from another action in this court, which was dismissed for failure to state a claim in December 2012. Although it is not entirely clear, the current action alleges interference with court communications and a related attempt to conceal the tampering. Therefore, any allegations of imminent danger have nothing to the subject matter of the underlying action.[2]

Based on the foregoing, the Court finds that Plaintiff fails to allege an imminent danger of serious physical injury necessary to bypass § 1915(g)'s restriction on filing suit without prepayment of the filing fee since he has accumulated three strikes. If Plaintiff wishes to pursue this action, he must first pay the $400.00 filing fee.

Accordingly, this action is HEREBY ORDERED DISMISSED, without prejudice to re-filing accompanied by the $400.00 filing fee.

IT IS SO ORDERED.

Dated:   **August 11, 2016**              /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE

---

[2] Plaintiff also attaches exhibits that appear to be related to other actions in which he lists himself as one of many petitioners. Most, if not all, of his exhibits are related to his interference claim.

2